IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION, | ) |
| | ) Case No. 24-cv-5555 |
| Plaintiff, | ) |
| | ) Judge Franklin U. Valderrama |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TV TOKYO CORPORATION hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 35 | yesgk |
| 78 | sutondirect |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: August 22, 2024    By:    s/Michael A. Hierl
                                 Michael A. Hierl (Bar No. 3128021)
                                 William B. Kalbac (Bar No. 6301771)
                                 Robert P. McMurray (Bar No. 6324332)
                                 John Wilson (Bar No. 6341294)
                                 Hughes Socol Piers Resnick & Dym, Ltd.
                                 Three First National Plaza
                                 70 W. Madison Street, Suite 4000
                                 Chicago, Illinois 60602
                                 (312) 580-0100 Telephone
                                 (312) 580-1994 Facsimile
                                 mhierl@hsplegal.com

                                 Attorneys for Plaintiff
                                 TV TOKYO CORPORATION

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 22, 2024.

                      s/Michael A. Hierl